IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-28-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JOEY LAMAR WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for access to sentencing memorandum or motion to unseal, wherein defendant also requests a copy of the same. (DE 158). For good cause shown, defendant's motion for access to his sentencing memorandum, which is filed under seal, is GRANTED, provided defendant remits payment for copies as instructed herein. In the event payment for the copies is received, the clerk is DIRECTED to provide a copy to defendant of his sentencing memorandum (DE 39-1 and DE 39-2).

The sentencing memorandum, plus its exhibit, is nine pages long (9 pgs.) and comes to a total of $4.50, based on the Judicial Conference rate of $0.50/page. Defendant is DIRECTED to make a check or money order in the amount of **$4.50**, made payable to **U.S. District Court**, and mail it to the following address:

> **United States Clerk's Office**
> **Attention: Records Management**
> **PO Box 25670**
> **Raleigh, NC 27611**

Defendant is DIRECTED to include his name, case number, and specification of the documents requested, comprising the sentencing memorandum (DE 39-1 and DE 39-2), and the address where defendant would like the copies sent.

SO ORDERED, this the 15th day of January, 2026.

                                                LOUISE W. FLANAGAN
                                                United States District Judge